UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN RICHEY BRUNSKILL, <br><br> Plaintiff, <br><br> v. <br><br> SANTA CRUZ COUNTY JAIL ADMINISTRATION, et al., <br><br> Defendants. | Case No. 23-cv-04915-WHO (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff Brunskill has not complied with the Hon. Sallie Kim's instructions to file an amended complaint. (Dkt. No. 10.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failure to prosecute and for failure to comply with a court order, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Brunkskill may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) contain an amended complaint that complies with the instructions in Judge Kim's order dismissing the complaint with leave to amend.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 31, 2024



WILLIAM H. ORRICK
United States District Judge